UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
NO: 2:15-CV-00041-FL


YVETTE MICHELE ALLEN
                    Plaintiff


            vs.                                          ORDER


NANCY A. BERRYHILL
Acting Commissioner of Social Security,
                    Defendant


        Upon application of Plaintiff, and with no objection by Defendant, it is ORDERED

Defendant pay Plaintiff's counsel the sum of $4,800.00, sent to Plaintiff's Counsel, Branch W.

Vincent, III, 8 Juniper Trail, Southern Shores, NC 27949, in full satisfaction of any and all claims

arising under the Equal Access to Justice Act, 28 U.S.C. §2412(d), and upon payment of such sum,

this case is dismissed with prejudice.

                        This __14th__ day of _____March___, 2017.

                        _____
                        United States Judge Louise W. Flanagan